IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BRYANT, | No. C 09-3215 SI |
| Plaintiff, | **ORDER DISMISSING AMENDED COMPLAINT WITH LEAVE TO AMEND** |
| v. | |
| MANJULA PATEL, | |
| Defendant. | |

On July 14, 2009, plaintiff Gregory Bryant filed a complaint and an application to proceed *in forma pauperis*. Plaintiff's one page complaint stated that his landlord retaliated against him for complaining about unlawful hazards in the building and wrongfully filed an "unlawful eviction" against him. Pursuant to 28 U.S.C. § 1915(e)(2), the Court dismissed the complaint because it did not allege any specific claims and there did not appear to be any basis for federal jurisdiction. The Court granted plaintiff leave to amend the complaint, and instructed plaintiff that any amended complaint shall: (1) state the basis for federal jurisdiction; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks.

Plaintiff filed an amended complaint that is somewhat more detailed than the original complaint, but that still fails to state a claim. As an initial matter, the complaint is not organized into separate claims, and thus it is not clear what claims plaintiffs is alleging. In addition, although the amended complaint alleges employment discrimination under Title VII of the Civil Rights Act – which would provide a basis for federal jurisdiction – plaintiff also stated "N/A" in response to a question on the form

employment discrimination complaint asking whether plaintiff had received a Notice-of-Right-to-Sue letter from the Equal Employment Opportunity Commission. (Docket No. 8). The Court informs plaintiff that anyone who wishes to allege a claim under Title VII must first file a complaint with the Equal Employment Opportunity Commission. The amended complaint also mentions the "Fair Labor and Wages Act." It is unclear whether plaintiff intends to allege a claim under the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*; if plaintiff wishes to allege a claim under the FLSA, the amended complaint must allege how defendant violated the FLSA.

The complaint also references state court proceedings involving plaintiff and defendant, and alleges that defendant committed perjury in state court. The Court informs plaintiff there is no civil claim for perjury. *See Advantor Capital Corp. v. Yeary*, 136 F.3d 1259, 1263 (10th Cir. 1998) (holding that "in the absence of a statute to the contrary, an unsuccessful litigant who lost his case because of perjured testimony may not maintain a civil action against the person who committed perjury"). To the extent that plaintiff wishes to challenge the state court proceedings in federal court, those claims may be barred by the *Rooker-Feldman* doctrine. *See generally Kougasian v. TMSL, Inc.,* 359 F.3d 1136, 1140 (9th Cir. 2008). (*Rooker-Feldman* doctrine, which prohibits a federal district court from exercising subject matter jurisdiction over a suit that is a de facto appeal from a state court judgment, applies "when the federal plaintiff both asserts as her injury legal error or errors by the state court and seeks as her remedy relief from the state court judgment.").

The Court will grant plaintiff another opportunity to amend the complaint. The amended complaint should be organized into a factual section and separate sections for each legal claim. Plaintiff may wish to seek assistance from the Legal Help Center, located on the 15th Floor of the Courthouse, 450 Golden Gate Avenue, Room 2796, San Francisco, where plaintiff may sign up for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation. Any amended complaint shall be filed no later than **September 21, 2009**.

**IT IS SO ORDERED.**

Dated: September 14, 2009

SUSAN ILLSTON
United States District Judge

2