IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREGORY BRYANT,                                              No. C 09-3215 SI

        Plaintiff,                                              **ORDER DISMISSING ACTION**

  v.

MANJULA PATEL,

        Defendant.
                                        /

On July 14, 2009, plaintiff Gregory Bryant filed a complaint and an application to proceed *in forma pauperis*. On July 27, 2009, pursuant to 28 U.S.C. § 1915(e)(2), the Court dismissed the complaint because it did not allege any specific claims and there did not appear to be any basis for federal jurisdiction. The Court granted plaintiff leave to amend the complaint, with instructions concerning the amended complaint. Plaintiff filed an amended complaint that was somewhat more detailed than the original complaint, but that still failed to state a claim.

By order dated September 14, 2009, the Court granted plaintiff leave to file another amended complaint, again with directions. In that order, plaintiff was informed of the availability of legal assistance at the Legal Help Center located in the federal courthouse. Plaintiff was informed that any amended complaint must be filed no later than September 21, 2009.

Plaintiff has not filed an amended complaint, nor has he requested an extension of the deadline. Accordingly, plaintiff's action is DISMISSED.

      **IT IS SO ORDERED.**

Dated: October 19, 2009

                                                               SUSAN ILLSTON
                                                                United States District Judge