IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BRYANT, | No. C 09-3215 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MANJULA PATEL, | |
| Defendant. | |

This action is dismissed. Judgment in favor of defendant and against plaintiff is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 19, 2009

SUSAN ILLSTON
United States District Judge